UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| **MELANIE MOORE,** | : Case No. 5:16-cv-02873 |
| | : |
| Plaintiff, | : [Judge J. Michelle Childs] |
| | : |
| v. | : |
| | : |
| **STAFFMARK, a subsidiary business** | : |
| **of Recruit Holdings Company, Ltd.,** | : |
| | : |
| Defendant. | : |

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff Melanie Moore, by and through her undersigned attorney of record, hereby voluntarily dismisses all claims asserted or that could have been asserted herein, with prejudice, against **STAFFMARK**[1] (a subsidiary business of Recruit Holdings Company, Ltd.) ("Defendant").

Defendant, by and through its undersigned attorney of record, hereby consents to Plaintiff's voluntary dismissal of all claims asserted or that could have been asserted herein, with prejudice.

The Parties shall bear their own attorney's fees, expenses and costs.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| s/Jennifer Munter Stark<br>Jennifer Munter Stark (Fed. Bar. No. 9364)<br>jmunterstarklaw@gmail.com<br>210 Wingo Way, Suite 300<br>Mt. Pleasant, SC 29464<br>P: 843-795-2525<br>F: 843-795-2545<br><br><br>ATTORNEYS FOR PLAINTIFF | s/ Matthew A. Abee<br>Sue Erwin Harper Federal Bar No. 737<br>Mail: corky.harper@nelsonmullins.com<br>Matthew A. Abee Federal Bar No. 11747<br>E-Mail: matt.abee@nelsonmullins.com<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC  29201<br>(803) 799-2000<br><br>*Attorneys for Staffmark, a subsidiary business of Recruit Holdings Company, Ltd* |

---

[1] Staffmark has been improperly identified as the defendant in this case. Ms. Moore was employed by Kilgore Group, Inc.

-2-

| Dated this 17th day of January, 2017 | **Of Counsel:**<br>Allison L. Goico, Esq.<br>Susan H. Jackson, Esq.<br>DINSMORE & SHOHL LLP<br>255 E. Fifth Street Suite 1900<br>Cincinnati, OH 45202<br>Phone: (513) 977-8200<br>allison.goico@dinsmore.com<br>susan.jackson@dinsmore.com<br><br>Dated this 17th day of January, 2017 |
|---|---|
| | |

-2-